UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-60925-ALTMAN/Hunt

**JONES BELIZAIRE**,

    *Plaintiff*,

v.

**TUTOR PERINI CORP.**, *et al.*,

    *Defendants.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 19] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of July 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record